Aaron SMITH, Plaintiff–Appellant,

v.

Kristina Morgan ROBINSON, Assistant Commonwealth Attorney, Defendant–Appellee.

No. 07–6610.

United States Court of Appeals, Fourth Circuit.

Submitted: June 21, 2007.

Decided: June 29, 2007.

Aaron Smith, Appellant Pro Se.

Before NIEMEYER, WILLIAMS, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Aaron Smith appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Smith v. Robinson,* No. 1:07–cv–00187–GBL (E.D. Va. filed Mar. 28, 2007 & entered Apr. 3, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*